**Opinion issued November 16, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00543-CV

_____

## MARIA PEREZ, Appellant

## V.

## ARACELI DENOVA, Appellee

On Appeal from the County Court at Law No. 2
Harris County, Texas
Trial Court Case No. 1180961

## MEMORANDUM OPINION

Appellant, Maria Perez, has neither paid the required fees nor established

indigence for purposes of costs. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 5, 20.1; *see*

*also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.851(b), 51.941(a); Order, Fees

Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before

the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On August 17, 2023, appellant was notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was not established, by September 18, 2023. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Further, appellant has not paid or made arrangements to pay the fee for the preparation of the clerk's record. *See* TEX. R. APP. P. 37.3(b). On August 25, 2023, appellant was notified that this appeal was subject to dismissal if appellant did not submit written evidence that she had paid or made arrangements to pay the fee for the preparation of the clerk's record by September 25, 2023. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Accordingly, we dismiss the appeal for nonpayment of all required fees and want of prosecution. *See* TEX. R. APP. P. 5, 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Countiss, and Farris.